FILED

07 DEC -7 PM 12:29

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 2150 SIGOURNEY JOSSIAH - FRANCIS LEE ASSOCIATION, SUING ON BEHALF OF THEODORE A. PINNOCK AND ITS MEMBERS; and THEODORE A. PINNOCK, An Individual,<br><br>           Plaintiffs,<br>v.<br>TOSHIHIKO YOSHIZAKI a.k.a. YOSHIZAKI TOSHIHIKO d.b.a. WILD GINGER; O'HARLEY'S, INC., d.b.a. O'HARLEY'S SPORTS BAR & GRILL; PWM, LLC; And DOES 1 THROUGH 10, Inclusive ,<br><br>           Defendants. | Case No.: 06CV2227 IEG (CAB)<br><br>ORDER FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY·<br><br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

///

///

1    Case Number: 06CV2227 IEG (CAB)

Document Date: November 20, 2007

1  **IT IS HEREBY ORDERED,** pursuant to the Joint Motion For Dismissal on file herein,
2  that all Defendants including without limitation Defendants TOSHIHIKO YOSHIZAKI a.k.a.
3  YOSHIZAKI TOSHIHIKO d.b.a. WILD GINGER; O'HARLEY'S, INC., d.b.a. O'HARLEY'S
4  SPORTS BAR & GRILL; and PWM, LLC, are dismissed with prejudice from Plaintiffs'
5  Complaint. Additionally, Plaintiffs' Complaint is dismissed with prejudice in its entirety.

7  **IT IS SO ORDERED.**

9  Dated: 12/7/07

HONORABLE IRMA E. GONZALEZ
UNITED STATES DISTRICT COURT JUDGE

Document Date: November 20, 2007